# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

FILED ___ ENTERED
___ RECEIVED
SEP 28 2011
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Troy Williams<br>*Defendant(s)* | )<br>)<br>)  Case No. 11-4214 SKG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2004 to July 2010__ in the county of __Harford__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:

See affidavit which is attached hereto and incorporated herein by reference

x  Continued on the attached sheet.

_____
*Complainant's signature*

Judy Starliper, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/27/11

City and state: Baltimore, MD

_____
*Judge's signature*

Susan K. Gauvey, US Magistrate Judge
*Printed name and title*

Affidavit of Postal Inspector Judy Starliper, U. S. Postal Inspection Service
In Support of
Criminal Complaint: U.S. v. Troy Williams

1. On September 24, 2009, an individual purporting to be "Troy Clayton," an African-American male, entered Transit Employees Federal Credit Union (TEFCU) on Bladensburg Road, NE, Washington, DC and opened a membership account. A passport, birth certificate, and pay stub were supplied to open the account. Subsequently, Clayton applied for a $15,000.00 Signature Loan. He presented his loan paperwork to Latesha Brown, who was working at TEFCU under a stolen identity, that of M.B. "Clayton" was issued the loan for $15,000.00 and, with Latesha Brown's assistance, he attempted to withdraw his cash in increments of less than $10,000.00, in order to avoid currency transaction reports ("CTRs"). Ultimately, "Troy Clayton" withdrew $5,000 in cash and received a $5,000 check before TEFCU detected fraudulent activity and suspended the account.

2. TEFCU is insured by the National Credit Union Share Insurance Fund.

3. TEFCU determined the Washington Metropolitan Area Transit Authority (WMATA) pay-stub (ID # 566570), which was used as a supporting document for the loan, was fraudulent. In fact, the original underlying pay-stub belonged to a TEFCU member in the name of J.B.M. of Waldorf, MD. However, the name and address were modified to appear as though it were a pay-stub issued to "Troy Clayton."

4. Your affiant determined the address provided by Troy Clayton (200 Crain Circle, Glen Burnie, MD 21061) for the TEFCU loan was an invalid address. An additional check with the Department of State for Passport #1176886, Republic of Guyana, in the name of Troy Clayton, was determined to be an invalid passport number. Further, based on countless interviews with associates of Troy C. Williams, bank personnel, and document analysis, your affiant's information and belief is that the person holding himself out to be "Troy Clayton" at TEFCU was, in fact, Troy Williams.

5. On October 14, 2009, "Troy C. Williams," using the address 1007 Pirates Court, Edgewood, MD 21040, SSN: 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 and Drivers License #562002593 (762 St. Marks Avenue, 1D, Brooklyn, NY 11216), applied for a $32,160 vehicle loan with Harford County Maryland Federal Credit Union (HARCO), using a false vehicle invoice and a forged pay-stub from "Metro Transportation."

6. Additionally, on October 15, 2009, "Troy C. Williams," using the same above information, applied for a $10,000 Line of Credit with HARCO. Troy

Williams was able to withdraw $2032.70 before the credit union was able to freeze the line of credit because of detected fraudulent activity.

7. HARCO is insured by the National Credit Union Share Insurance Fund.

8. Your affiant determined "Troy C. Williams" does not reside at 1007 Pirates Court. This address is the next door address to co-conspirator Latesha Brown in Edgewood, MD.

9. On November 2, 2009, your affiant's search of the Social Security database determined the SSN used by "Troy Clayton" at TEFCU, 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, belonged to Troy Williams. Additional data base checks determined Troy Williams lives in Brooklyn, NY, not Maryland.

10. Your affiant obtained the suspect's images from surveillance video, which were recorded on HARCO security system software on October 14 and 15, 2009. A person appearing to match the driver's license photo (as well as other photos procured by your affiant) of Troy Williams appears in the surveillance footage along with other co-conspirators, Latesha Brown and Christopher Houston; both of whom also procured fraudulent vehicle loans from HARCO.

11. On February 18, 2001, Ms. E.F. was telephonically interviewed by your Affiant. E.F. advised that she formerly lived next door to Latesha Brown in Aberdeen, MD. She stated that sometime in the Fall of 2009, she encountered Latesha Brown and Troy Williams at HARCO when they were there, by their own admission, to obtain a loan. She further advised that Troy Williams is a friend of Latesha Brown and Christopher Houston from Brooklyn, NY.

_____
J. A. Starliper, Postal Inspector

Subscribed and sworn before me this 27th day of September, 2011

[signature]
USMJ